Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone: (907)276-1516
Fax:   (907)276-8955
Tom.matthews@matthewszahare.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY BARNETT<br><br>　　　　Plaintiff,<br>vs.<br><br>GEORGE R. LUNDQUIST, INLET FISH PRODUCERS, INC., and WILD PACIFIC SALMON, INC.,<br><br>　　　　Defendants. | 3:06:CV:00169  TMB |

**MOTION TO (1) ALLOW FILING OF MOTION TO WITHDRAW UNDER SEAL, AND (2) REFER MOTION TO WITHDRAW TO ANOTHER JUDGE**

This is a maritime personal injury case which Plaintiff has chosen to have tried before the trial judge without a jury. To date, a complaint has been filed, but has not been served upon defendants. No party except Plaintiff has appeared in this action. Matthews & Zahare, P.C., lawyers for Plaintiff Greg Barnett, will be filing a motion to withdraw as lawyers for Plaintiff in this matter. However, disclosure of the facts supporting its motion to withdraw to the trial judge, who will be the trier of fact in this matter, may prejudice Plaintiff and his case. To protect Plaintiff from any

potential prejudice arising from disclosure to the trial judge of the facts supporting Matthews & Zahare's motion to withdraw, Matthews & Zahare seeks an order (1) allowing Matthews & Zahare to file its motion to withdraw under seal, and (2) referring the motion to withdraw to another judge for consideration and disposition.

Dated this 30th day of October 2006, at Anchorage, AK 99501

MATTHEWS & ZAHARE, P.C.
Counsel for Plaintiff

By s/Thomas A. Matthews
Thomas A. Matthews, ABN: 8511179
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone: (907)276-1516
Fax: (907)276-8955
tom.matthews@matthewszahare.com

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

Mtn to Allow Filing Mtn to Withdraw/Refer Mtn Another Judge
*Barnett vs. Lundquist, et al* 3:06:CV 00169 TMB
TAM:jlw\3675-1\MtnUnderSeal

Page 2