Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax:   (907)276-8955
Tom.matthews@matthewszahare.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| GREGORY BARNETT | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 3:06:CV:00169  TMB |
| | ) | |
| GEORGE R. LUNDQUIST, INLET | ) | |
| FISH PRODUCERS, INC., and | ) | |
| WILD PACIFIC SALMON, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO (1) ALLOW FILING OF MOTION
TO WITHDRAW UNDER SEAL, AND
(2) REFER MOTION TO WITHDRAW TO ANOTHER JUDGE**

Matthews & Zahare, P.C., lawyers for Plaintiff Barnett, having moved the

Court for an order (1) allowing Matthews & Zahare to file a motion to withdraw under

seal, and (2) referring the motion to withdraw to another judge for consideration and

disposition, and the Court having reviewed the file,

IT IS ORDERED that Matthews & Zahare, P.C.'s motion is hereby GRANTED.

Matthews & Zahare, P.C., may file its motion to withdraw under seal and the clerk

shall accept that motion under seal. Further, Matthews & Zahare, P.C.'s motion to withdraw shall be referred to United States District Court Judge _____ for consideration and disposition.

Dated this ____ day of _____, 2006 at Anchorage, Alaska.

_____
Timothy M. Burgess
United States District Court Judge

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

Order Re: Mtn to Allow Filing Mtn to Withdraw/Refer Mtn Another Judge
*Barnett vs. Lundquist, et al* 3:06:CV 00169 TMB
TAM:jlw\3675-1\OrderUnderSeal                                                            Page 2