IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY BARNETT ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 3:06:CV:00169 TMB |
| ) | |
| GEORGE R. LUNDQUIST, INLET ) | |
| FISH PRODUCERS, INC., and ) | |
| WILD PACIFIC SALMON, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**ORDER GRANTING MOTION TO (1) ALLOW FILING OF MOTION
TO WITHDRAW UNDER SEAL, AND
(2) REFER MOTION TO WITHDRAW TO ANOTHER JUDGE**

Matthews & Zahare, P.C., lawyers for Plaintiff Barnett, having moved the Court for an order (1) allowing Matthews & Zahare to file a motion to withdraw under seal, and (2) referring the motion to withdraw to another judge for consideration and disposition, and the Court having reviewed the file,

IT IS ORDERED that Matthews & Zahare, P.C.'s motion is hereby GRANTED. Matthews & Zahare, P.C., may file its motion to withdraw under seal and the clerk shall accept that motion under seal. Further, Matthews & Zahare, P.C.'s motion to withdraw shall be referred to **Chief Judge Sedwick** for consideration and disposition.

Dated this 2nd day of November, 2006 at Anchorage, Alaska.

s/ Timothy Burgess
Timothy M. Burgess
United States District Court Judge