MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*GREGORY BARNETT*     v.     *GEORGE R. LUNDQUIST, et al.*

THE HONORABLE JOHN W. SEDWICK     CASE NO. 3:06-cv-00169-TMB [JWS]

PROCEEDINGS:   **ORDER FROM CHAMBERS**     Date: December 4, 2006

    The motion at docket 5 to withdraw as counsel for plaintiff was filed under seal with various supporting materials. The motion was referred to this judge for determination. The motion is unopposed and upon review is found to be supported by good cause. The motion at docket 5 is **GRANTED** as follows:

    1. Mathews & Zahare, P.C. is withdrawn as counsel for plaintiff Gregory Barnett.

    2. Plaintiff Gregory Barnett shall proceed *pro se* unless and until he retains other counsel who files an appearance on his behalf.

    3. Mr. Barnett's address for service is c/o Martha Barnett, 159 Reynolds Road, Bradford, TN 38316.

    4. Mr. Barnett's phone number is (731) 742-3636.